**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-706**

---

In Re: CAROLYN YVONNE WORSLEY,

Petitioner.

---

On Petition for Writ of Prohibition. (CR-97-9-H)

---

Submitted:  October 31, 1997      Decided:  November 17, 1997

---

Before MURNAGHAN, ERVIN, and MICHAEL, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Carolyn Yvonne Worsley, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carolyn Y. Worsley filed a petition for writ of prohibition requesting that this court prohibit the district court and various other individuals from proceeding against her at trial. Worsley asserts that the district court lacks jurisdiction over her because she is a descendent of African slaves, making her exempt from the laws of the United States.

A writ of prohibition is an extraordinary remedy; the writ should issue only where the petitioner's right to the remedy is clear and indisputable, see In re Vargas, 723 F.2d 1461, 1468 (10th Cir. 1983), and where the petitioner has no other adequate means of relief. See In re Beard, 811 F.2d 818, 826 (4th Cir. 1987).

We deny Worsley's petition for a writ of prohibition because she fails to show that her right to relief is clear and indisputable and that she has exhausted all available means of relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2